| | |
|---|---|
| 1 | CARNEY WILLIAMS BATES |
| | PULLIAM & BOWMAN, PLLC |
| 2 | Hank Bates (Ca. # 167688) |
| | 11311 Arcade Drive, Suite 200 |
| 3 | Little Rock, Arkansas 72212 |
| | Tel: 501-312-8500 |
| 4 | |
| | GOLOMB & HONIK, PC |
| 5 | Richard M. Golomb (*pro hac pending*) |
| | Ruben Honik (*pro hac pending*) |
| 6 | Kenneth J. Grunfeld (*pro hac pending*) |
| | 1515 Market Street, Suite 1100 |
| 7 | Philadelphia, Pennsylvania 19102 |
| | Tel: 215-985-9177 |
| 8 | |
| | KU & MUSSMAN, PA |
| 9 | Brian T. Ku (*pro hac pending*) |
| | M. Ryan Casey (*pro hac pending*) |
| 10 | 12550 Biscayne Boulevard, Suite 406 |
| | Miami, Florida 33181 |
| 11 | Tel: 305-891-1322 |
| 12 | MILSTEIN ADELMAN, LLP |
| | Gillian Wade (Ca. # 229124) |
| 13 | Isaac Miller (Ca. # 266459) |
| | 2800 Donald Douglas Loop North |
| 14 | Santa Monica, California 90405 |
| | Tel: 310-396-9600 |
| 15 | |
| | Attorneys for Plaintiffs Fredierick |
| 16 | and Tasha Smith, on behalf of themselves |
| | and all others similarly situated |
| 17 | |

E-FILING

ADR

FILED JAN 13 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PSG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 20 | | Case No. | CV 12-00222 |
| 21 | TASHA SMITH and FREDIERICK | ) | |
| 22 | SMITH, | ) | |
| 23 | Plaintiffs, | ) | **CLASS ACTION** |
| 24 | vs. | ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 25 | INTUIT, INC., a Delaware corp., | ) | [LOCAL RULE 3-16] |
| 26 | Defendant. | ) | |

BY FAX   CERTIFICATION OF INTERESTED ENTITIES OF PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 13, 2012

Respectfully Submitted,

**CARNEY WILLIAMS BATES PULLIAM & BOWMAN, PLLC**

By: /s/ Isaac

Hank Bates (Ca. # 167688)
hbates@carneywilliams.com
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Tel: 501-312-8500

**GOLOMB & HONIK, PC**
Richard M. Golomb
rgolomb@golombhonik.com
Ruben Honik
rhonik@golombhonik.com
Kenneth J. Grunfeld
kgrunfeld@golombhonik.com
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Tel: 215-985-9177

**KU & MUSSMAN, PA**
Brian T. Ku
brian@kumussman.com
M. Ryan Casey
ryan@kumussman.com
12550 Biscayne Boulevard, Suite 406
Miami, Florida 33181
Tel: 305-891-1322

**MILSTEIN ADELMAN, LLP**
Gillian Wade (Ca. # 229124)
gwade@milsteinadelman.com
Isaac Miller (Ca. # 266459)
imiller@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Tel: 310-396-9600

*Attorneys for Plaintiffs Frederick and Tasha Smith and the Class*