ADR   E-FILING

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

TASHA SMITH and FREDIERICK SMITH,

*Plaintiff*

v.

INTUIT, INC., a Delaware corp.,

*Defendant*

Civil Action No.

**CV 12-00222**

**SUMMONS IN A CIVIL ACTION**

**PSG**

To: *(Defendant's name and address)*  Intuit, Inc.
2700 Coast Avenue
Mountain View, California 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Gillian Wade | Hank Bates | Brian T. Ku | Richard M. Golomb |
|---|---|---|---|
| Isaac Miller | 11311 Arcade Drive, | M. Ryan Casey | Ruben Honik |
| 2800 Donald Douglas Loop N. | Suite 200 | 12550 Biscayne Blvd. | Kenneth J. Grunfeld |
| Santa Monica, CA 90405 | Little Rock, AR 72212 | Suite 406 | 1515 Market Street, Suite 1100 |
| | | Miami, FL 33181 | Philadelphia, PA 19102 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/13/2012

*Betty Walton*
Signature of Clerk or Deputy Clerk