MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
Facsimile:  202.467.0539
MPerry@gibsondunn.com

AUSTIN SCHWING, SBN 211696
  aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile:  415.393.8306
ASchwing@gibsondunn.com

SARAH BROWN HADJIMARKOS, SBN 222206
  shadjimarkos@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333
SHadjimarkos@gibsondunn.com

Attorneys for Defendant INTUIT INC.

IT IS SO ORDERED

Judge Edward J. Davila

2/8/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TASHA SMITH and FREDIERICK SMITH,<br><br>           Plaintiffs,<br><br>      v.<br><br>INTUIT INC., a Delaware corp.,<br><br>           Defendant. | Case No. 5:12-CV-00222 EJD<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT INTUIT INC. TO RESPOND TO COMPLAINT**<br><br><u>Jury Trial Demanded</u><br><br>Date Action Filed: Jan. 13, 2012<br>Trial Date: Not Set |

Pursuant to Civil Local Rule 6-1, Defendant Intuit Inc. ("Intuit") and Plaintiffs Tasha Smith and Fredierick Smith ("Plaintiffs") hereby stipulate to extend the time Intuit has to answer or otherwise respond to the Complaint to Monday, March 19, 2012.

| | | |
|---|---|---|
| 1 | Dated: February 7, 2012 | GIBSON, DUNN & CRUTCHER LLP |

By:  /s/ Austin Schwing
          Mark A. Perry
          Austin Schwing
          Sarah Brown Hadjimarkos

Attorneys for Defendant
INTUIT INC.

Dated: February 7, 2012      CARNEY WILLIAMS BATES
                                        PULLIAM & BOWMAN, PLLC

By:  /s/ Joseph Henry Bates
          Joseph Henry Bates

Attorneys for Plaintiffs
TASHA SMITH and FREDIERICK SMITH

### **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I, Austin Schwing, hereby attest that concurrence in the filing of this document has been obtained from Joseph Henry Bates.

DATED:  February 7, 2012     By:  /s/ Austin Schwing
                                                       Austin Schwing

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission St., Ste. 3000, San Francisco, California 94105, in said County and State. On February 7, 2012, I served the within:

** **STIPULATION EXTENDING TIME FOR INTUIT INC. TO RESPOND TO COMPLAINT**

to all counsel of record as listed below, as follows:

☑ **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 7, 2012. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the date shown below. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Attorneys for Plaintiffs Tasha Smith and Frederierick Smith**

**VIA U.S. MAIL**

Joseph Henry Bates
CARNEY WILLIAMS BATES PULLIAM
    & BOWMAN, PLLC
11311 Arcade Drive
Suite 200
Little Rock, AR 72212
Ph: (501) 312-8500

**VIA U.S. MAIL**

Brian T Ku
M. Ryan Casey
KU AND MUSSMAN, PA
12550 Biscayne Boulevard
Suite 406
Miami, FL 33181
Ph: (305) 891-1322

**VIA U.S. MAIL**

Isaac Miller
MILSTEIN ADELMAN LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Ph: (310) 396-9600

**VIA U.S. MAIL**

Kenneth J. Grunfeld
Richard M. Golomb
Ruben Honik
GOLOMB AND HONIK, PC
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Ph: (215) 985-9177

Gibson, Dunn & Crutcher LLP

I certify under penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed by me on February 7, 2012, at San Francisco, California.

By  /s/Robin McBain
      Robin McBain