1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TASHA SMITH and FREDIERICK SMITH,

              Plaintiffs,

    v.

INTUIT INC., a Delaware corp.,

          Defendant.

Case No. 5:12-CV-00222 EJD

**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY ADR SCHEDULE**

1    Having considered the stipulation between Plaintiffs Tasha Smith and Frederick Smith

2    ("Plaintiffs") and Defendant Intuit Inc. ("Defendant") (collectively "the Parties") to modify the ADR

3    schedule, and for good cause, the Court HEREBY ORDERS:

4        The deadline for the Parties to participate in private ADR is extended to November 2, 2012.

5

6        IT IS SO ORDERED.

7

8    Dated: _____6/12_____, 2012        By: _____

9                                                 The Honorable Edward J. Davila
                                                 United States District Court Judge
10

11   101292528.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28