UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TASHA SMITH, ET AL., | ) | Case No.: C 12-00222 EJD (PSG) |
| Plaintiffs, | ) | **ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |
| v. | ) | |
| | ) | **(Re: Docket No. 64)** |
| INTUIT, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 5, 2012, the parties submitted a stipulated protective order governing disclosure of confidential materials. The court finds it more efficient to direct the parties to use one of the court's model forms of protective order. To the extent the parties wish to propose any deviation from a model form, they should do so by redline. Therefore,

IT IS HEREBY ORDERED that, no later than August 3, 2012, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model

Case No.: 12-0222 EJD (PSG)
ORDER

1 stipulated protective order for standard litigation.

2     IT IS SO ORDERED.

3 Dated: 7/24/2012

4                                               PAUL S. GREWAL

5                                               United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 12-0222 EJD (PSG)
ORDER