**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TASHA SMITH, et. al., | CASE NO. 5:12-cv-00222 EJD |
| Plaintiff(s), | **ORDER RE: JOINT NOTICE OF SETTLEMENT** |
| v. | |
| INTUIT, INC., | [Docket Item No(s). 77] |
| Defendant(s). | |

Pursuant to the Joint Notice of Settlement filed by the parties on February 1, 2013 (see Docket Item No. 77), the court orders as follows:

1. All previously-ordered deadlines are STAYED pending further order of the court. The motion hearing previously scheduled for April 19, 2013, is VACATED.

2. The hearing date for the anticipated Motion for Preliminary Approval of Class Action Settlement shall be **May 24, 2013, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: February 7, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00222 EJD
ORDER RE: JOINT NOTICE OF SETTLEMENT