August 22, 2013

Joscelyn C Chapman

101 Thorndike St., #2

Arlington, MA 02474

Class Member ID: 568PF88

Re: Smith et al. v. Intuit, Inc.   Case No. 5:12-cv-00222 (N.N. Cal.)

FILED
2013 AUG 26  P 5: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

To Whom It May Concern:

I object to the above captioned lawsuit. That anyone should file suit against Intuit over a fee to use their service is a heinous misuse of our legal system and a prime example of the deterioration of personal accountability in this world.

Turbo Tax makes it perfectly clear that there are fees for electronic filing through their system. If one does not wish to pay said fees, they do not have to use the service, and can file with an accountant or by themselves. I in no way see anything wrong with this practice and in fact am happy to pay the fee so that I do not have to file myself, and even happier that they offer to take it out of my taxes rather than require a credit card.

In addition to my objection to the suit, I am excluding myself.

Thank you.

Sincerely,

*Joscelyn Chapman*

Joscelyn C Chapman

Joscelyn Chapman
101 Thorndike St. #2
Arlington, MA 02474

BOSTON MA 021
22 AUG 2013 PM 4 L



FOREV

Clerk of the Court
Robert F. Peckham Federal Building
Second Floor
280 South 1st Street
San Jose, CA 95113

95113300837