Smith, et al. v Intuit, Inc., Case No.: 5:12-cv-00222 (N.D. Cal.)

## CLAIM FORM

To receive benefits from this Settlement, your
Claim Form must be postmarked or received on or before October 28, 2013.
You may submit your claim form online at www.TurboTaxClassAction.com
or mail your completed and signed claim form to:

TurboTax Class Action
Settlement Administrator
c/o Heffler Claims Group
P.O. Box 220
Philadelphia, PA 19105-0220

You must complete all sections and sign below in order to receive any benefits from this Settlement.

1. **CLAIMANT INFORMATION:**

   FIRST NAME: Grace    MI: A    LAST NAME: Mojica

   STREET ADDRESS: 5933 Crocker St

   CITY: Los Angeles    STATE: CA    ZIP: 90003    ZIP4 (optional): ___

   EMAIL ADDRESS: gracemojica2@gmail.com

2. Please provide the following information:

   Class Member ID from email or postcard notice (if you did not receive such a notice, leave this blank): 57IJ692

   Or, if you do not know your Class Member ID, the last four digits of your Social Security Number: ___

3. During January 12, 2008 through May 28, 2013, I utilized TurboTax Online's Refund Processing Service for the following tax years. Please check all boxes that apply. For example, if you utilized the Refund Processing Service in 2013 for your 2012 taxes, then check the "2012" box. If you do not check at least one box your claim will not be paid.

   ☐ 2007    ☐ 2008    ☐ 2009    ☐ 2010

   ☒ 2011    ☒ 2012    ☐ Other (please describe) ___

I declare, under penalty of perjury, that I have accurately filled out this form to the best of my knowledge.

Signature: *Grace A Mojica*
Name (please print): Grace A. Mojica
Date: 8-9-13