# EXHIBIT F

From: Randy Pulliam <rpulliam@cbplaw.com<mailto:rpulliam@cbplaw.com>>
Date: September 18, 2013, 4:24:01 PM CDT
To: Tom Cox <tcox009@yahoo.com<mailto:tcox009@yahoo.com>>
Subject: Re: Chase Bank

Tom,

This confirms our conversation that you represent Jordon Eichols in the Turbo Tax matter. I'll send you the reply once we file it.

Randy

On Sep 17, 2013, at 1:50 PM, "Tom Cox" <tcox009@yahoo.com<mailto:tcox009@yahoo.com>> wrote:

I'll call you tomorrow
Tom

From: Randy Pulliam <rpulliam@cbplaw.com<mailto:rpulliam@cbplaw.com>>
To: Tom Cox <tcox009@yahoo.com<mailto:tcox009@yahoo.com>>
Sent: Tuesday, September 17, 2013 12:05 PM
Subject: Re: Chase Bank

Tom,

I left a message yesterday, but I'd like to discuss objector Eichols at your first convenience.

Thank you.
Randy

1