1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TASHA SMITH and FREDIERICK SMITH, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>INTUIT, INC., a Delaware corp.,<br><br>Defendant. | CASE NO.: **5:12-cv-00222-EJD**<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND PLAINTIFFS' SERVICE AWARDS**<br><br>Judge:   Hon. Edward J. Davila<br>Place:   Courtroom 4, 5th Floor<br>Date:    September 27, 2013<br>Time:    9:00 a.m. |

The Plaintiffs' Motion for Attorneys' Fees, Costs, and Plaintiffs' Service Awards, filed by Plaintiffs on behalf of themselves and all others similarly situated, came for hearing on September 27, 2013. The Court has reviewed the motion, including the Memorandum of Law and supporting Joint Declaration, as well as Plaintiffs' Motion for Final Approval of Class Action Settlement and supporting documents, and has considered the arguments of counsel. Based on this review and the findings below, Plaintiffs' Motion is GRANTED, and it is hereby ORDERED that:

1. The requested attorneys' fees and costs are fair, reasonable, and were incurred in the best interests of the Settlement Class. Class Counsel (Carney Bates & Pulliam, PLLC, Golomb & Honik, PC, Ku & Mussman, PA, and Milstein Adelman, LLP), have achieved an excellent result for the Settlement Class, and are awarded $1,637,500 in attorneys' fees. This fee amounts to 25% of the $6,550,000 non-reversionary common fund and represents a modest lodestar multiplier of 1.84.

2. In addition, Class Counsel are entitled to $48,801.25 in reimbursement of litigation expenses which were incurred as a result of this litigation and which were necessary to secure the resolution thereof.

3. Named Plaintiffs Tasha Smith, Frederierick Smith, and Sache Quildon have helped obtain a benefit for the Settlement Class, and are each awarded $2,500 for their service as Class Representatives, for a total of $7,500.

**IT IS SO ORDERED.**

DATED: October 1, 2013

Honorable Edward J. Davila
U.S. DISTRICT COURT JUDGE