| | |
|---|---|
| Name Beau Lochridge, Pro Se Objector | |
| Address 2306 Blanco Court | **Filed** |
| City, State, Zip Arlington, Texas 78001 | OCT 16 2013 |
| Phone 214-801-1030 | RICHARD W. WIEKING |
| Fax | CLERK, U.S. DISTRICT COURT |
| E-Mail | NORTHERN DISTRICT OF CALIFORNIA |
| ☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained | SAN JOSE CALIFORNIA |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Smith, et al. | CASE NUMBER: |
| PLAINTIFF(S), | 12-cv-00222 |
| v. | |
| Intuit, Inc. | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Beau Lochridge_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   #104-Final Approval; #105-Attorneys Fees

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___October 1, 2013___. Entered on the docket in this action on ___October 1, 2013___.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| 10-10-13 | [signature] |
| Date | Signature |
| | ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk |

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611014201
Cashier ID: harwellt
Transaction Date: 10/16/2013
Payer Name: Beau Lockridge
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Tasha Smith
 Case/Party: D-CAN-5-12-CV-000222-001
 Amount:         $455.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 0371
 Amt Tendered:   $455.00
----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

Case # 12-cv-222-EJD


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```