FILED

JAN 30 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| TASHA SMITH and FREDIERICK SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs - Appellees,<br><br>BEAU LOCHRIDGE,<br><br>    Objector - Appellant,<br><br>  v.<br><br>INTUIT, INC., a Delaware corporation,<br><br>    Defendant - Appellee. | No. 13-17081<br><br>D.C. No. 5:12-cv-00222-EJD<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Stephen Liacouras
Circuit Mediator


sl/mediation