**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5363

January 30, 2014

CASE NUMBER:　**CV 12-00222 EJD**
CASE TITLE:　**TASHA SMITH, ET AL-v- INTUIT, INC**
DATE MANDATE FILED:　*1/30/14*

TO COUNSEL OF RECORD:

　　　　The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk


　　　　　　　　　　　　　　　　　　　　　　　by:　Cynthia Hernandez
　　　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

Distribution:　CIVIL　　-　　Counsel of Record

　　　　　　　　CRIMINAL　-　Counsel of Record
　　　　　　　　　　　　　　　　U.S. Marshal (Copy of Mandate)
　　　　　　　　　　　　　　　　U.S. Probation Office


NDC App-16